UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL SARAMA,

    Plaintiff,

v.      Case No. 3:19-cv-1116-TJC-JRK

UNITED STATES DRUG
ENFORCEMENT
ADMINISTRATION,

    Defendant.

## O R D E R

This case is before the Court on the Plaintiff's Motion as to Amount of Attorneys' Fees and Costs, Doc. 44. On July 26, 2024, the assigned United States Magistrate Judge issued a Report and Recommendation recommending granting the motion to the extent that the Court award Plaintiff $29,070 in attorneys' fees and $400 in costs and denying the motion otherwise. Doc. 55. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 55, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 55, is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion as to Amount of Attorneys' Fees and Costs, Doc. 44, is **GRANTED** to the extent Plaintiff is awarded $29,070 in attorneys' fees and $400 in costs. The motion is otherwise **DENIED**.

3. The clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant accordingly and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 22nd day of August, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable James Klindt
United States Magistrate Judge

Counsel of record